IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1, JOHN DOE 2, JOHN DOE 3, and JOHN DOE 4,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Defendant. | Case No.: |

## COMPLAINT

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 seeking an order compelling Defendant U.S. Securities and Exchange Commission to respond to the FOIA requests from Plaintiffs Jane and John Does 1-4, and awarding Plaintiffs the costs of this proceeding, including reasonable attorneys' fees, as provided for by FOIA.

## PARTIES

1.    Plaintiff Jane Doe 1 is a whistleblower who made a tip and FOIA request to the Commission.

2.    Plaintiff John Doe 2 is a whistleblower who made a tip and FOIA request to the Commission.

3.    Plaintiff John Doe 3 is a whistleblower who made a tip and FOIA request to the Commission.

4.    Plaintiff John Doe 4 is a whistleblower who made a tip and FOIA request to the Commission.

5. Defendant U.S. Securities and Exchange Commission ("Commission") is an agency within the federal government headquartered in this District and in control of the records sought in this action.

## JURISDICTION AND VENUE

6. This Court has jurisdiction over this action under 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

7. Venue is proper in this district under 5 U.S.C. § 552(a)(4)(B).

8. FOIA requires that agencies respond to FOIA requests within 20 business days. 5 U.S.C. 552(a)(6)(A). The Commission has failed to meet the statutory deadline set by FOIA. *Id.* § 552(a)(6)(A)-(B). Therefore, under 5 U.S.C. § 552(a)(6)(C), Plaintiffs have exhausted their administrative remedies.

## ALLEGATIONS

9. Plaintiffs are whistleblowers who made whistleblower tips and FOIA requests to the Commission concerning the Commission's enforcement action against GlaxoSmithKline ("GSK") for violations of the Foreign Corrupt Practices Act, 15 U.S.C. § 78dd.

10. On July 11, 2023, Plaintiffs, through counsel, made their FOIA requests to the Commission.

11. Plaintiffs' FOIA requests to the Commission were (in part) as follows:

> Records regarding all documents and communications (including emails) between (a) the SEC (specifically: SEC staff identified/designated in the formal order of investigation regarding GSK (July 2013) and SEC staff who were assigned to the GSK sweep or who worked on the GSK Investigation) and (b) any third party (including GSK's representatives, SFO staff, or other third parties)[.]
>
> …a copy of GSK's "Offer" to the SEC referenced in paragraphs II., III., R., IV of the cease-and-desist order (which the SEC accepted) and all emails or documents concerning [Plaintiff's country][.]

12.     On July 14, 2023, the Commission sent letters to Plaintiffs through their counsel. The Commission's letters repeated the Plaintiffs' FOIA requests (in part) and stated: "This letter is an acknowledgment of your FOIA request dated and received in this office on July 11, 2023."

13.     As of the date of this filing, the Commission has not produced any responsive documents or communicated in any way with Plaintiffs' counsel about these FOIA requests.

## COUNT 1
### (Injunction Compelling FOIA Production)

14.     The prior allegations are incorporated by reference.

15.     The Commission is a federal agency subject to FOIA, requiring production of any documents responsive to a FOIA request within 20 business days of receipt.

16.     On July 11, 2023, Plaintiffs served FOIA requests on the Commission.

17.     On July 14, 2023, the Commission acknowledged receipt of Plaintiffs' FOIA requests.

18.     As of the date of the filing of this action, the Commission has failed to produce any responsive documents or communicate in any way with Plaintiffs, other than acknowledging receipt of their FOIA requests.

19.     No exemptions permit the withholding of the documents sought by Plaintiffs' FOIA requests.

WHEREFORE, Plaintiffs ask that the Court order the Commission to produce records responsive to Plaintiffs' FOIA requests, and reasonable attorney fees and costs in bringing this action.

-4-

## **REQUEST FOR RELIEF**

Plaintiffs respectfully request that this Court enter judgment against the Commission as follows:

a. Order the Commission to undertake an adequate search for, and production of, the requested FOIA records within 20 business days of the Court's order;

b. Enjoin the Commission from withholding the requested records;

c. Award Plaintiffs the costs of this proceeding, including reasonable attorneys' fees, as provided for by FOIA; and

d. Grant Plaintiffs further relief as this Court deems just and appropriate.

Respectfully submitted,

WASHINGTON GLOBAL LAW GROUP PLLC

/s/ *Max Maccoby*
Max Maccoby, DC Bar No. 462064
Washington Global Law Group PLLC
1701 Pennsylvania Ave., NW #200
Washington, DC 20006
maccoby@washglobal-law.com
Tel: 202-248-5434
*Counsel for Plaintiffs*